Tristan G. Pelayes, Esq., CA Bar No. 206696
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone:  (951) 686-4800
Fax:             (951) 686-4801
tgp@wagner-pelayes.com

JS-6

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO, MIKE LANDAVAZO, and JANNA KOVENSKY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MEAGAN LONG, JEREMY GONZALEZ,<br><br>            Plaintiffs,<br>    v.<br><br>COUNTY OF SAN BERNARDINO MIKE LANDAVAZO as an individual and official capacity; JANNA KOVENSKY, as an individual and official capacity and DOES 1-20 et seq.<br><br>            Defendants. | CASE NO.: EDCV 12-1606 R(SPx)<br><br>**ORDER RE: MOTION TO DISMISS AND JUDGMENT**<br><br>**Trial Date:  September 17, 2013**<br><br>*Honorable Manuel L. Real* |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

The motion for remand filed by the plaintiffs on June 19, 2013 came on regularly for hearing on August 5, 2013.  No appearance was made by plaintiff's counsel.

1

1   The Court finds that the case cannot be remanded and the Court
2  construed the plaintiff's motion to remand to be a motion to voluntarily
3  dismiss plaintiff's federal claims. The Court grants the motion to dismiss the
4  federal causes of action in the complaint with prejudice and the Court further
5  declines to retain jurisdiction over the state causes of action, and dismisses
6  the state causes of action without prejudice.

7   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the
8  plaintiff's motion to remand is hereby converted to a motion to voluntarily
9  dismiss all plaintiffs' federal claims. That all federal causes of action in the
10  complaint are dismissed with prejudice and the state causes of action are
11  dismissed without prejudice. All hearing dates in this action are vacated.

12   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that
13  defendants are entitled to judgment in their favor against plaintiffs on the
14  federal claims for relief. Defendants are entitled to their statutory costs as
15  allowable by law.

DATED: August 16, 2013

_____
U.S. DISTRICT COURT JUDGE

TGP:cat:et

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                           ) ss:
COUNTY OF RIVERSIDE  )

I, the undersigned, declare:

I am employed in the County of Riverside, State of California.  I am over the age of 18 years and not a party to this action; my business address is 1325 Spruce Street, Suite 200, Riverside, California 92507.

On the date written below, I served the document named below on the parties indicated below, in the following manner:

☐ **(By Mail)** I am familiar with this office's practice for the collection and processing of documents for mailing with the United States Postal Service.  The documents are deposited with the United States Postal Service on the same day in the ordinary course of business.  I placed a true copy of the document thereof in a sealed envelope and caused said document(s) to be delivered in this manner.

☐ **(By Facsimile)** I am familiar with this office's practice for the facsimile transmission of documents.  I caused said document(s) to be sent to the facsimile numbers listed below and caused said machine to print a transmission record, a copy of which I have retained.  The sending machine is (951) 686-4801.

**DOCUMENT:**   [Proposed] Order re:  Motion to Dismiss and Judgment

**PARTIES SERVED:**
Ralph R. Rios, Esq.                              Attorneys for Plaintiffs
Ralph M. Rios, Esq.
RIOS & ASSOCIATES
36 W. Colorado Blvd., Suite 301
Pasadena, CA 91105
Tel:  (626) 583-1100
Fax: (626) 5831475
rmr@rrioslaw.com

☒ **(FEDERAL)** I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August ___, 2013 at Riverside, California.

_____
ESMERALDA TOWNSEND, Declarant